# United States District Court

## District of New Mexico

### Office of the Clerk
### Pete V. Domenici United States Courthouse



**Matthew J. Dykman**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
120 South Federal Place
P.O. Box 2384
Santa Fe, NM 87504-2384
(505) 988-6481
Fax (505) 988-6473

200 East Griggs
Las Cruces, NM 88001
(505) 528-1400
Fax (505)528-1425

*Dear Sir or Madam:*

*You are summoned to appear before the Court on the date as specified on the attached summons, at Albuquerque, New Mexico, for initial presentment on the charges presented on the attached Indictment/Information.   Your appearance at this proceeding is mandatory.*

*YOU SHOULD IMMEDIATELY CONTACT THE PRETRIAL SERVICES OFFICE AT 333 LOMAS BLVD. NW, ALBUQUERQUE, NEW MEXICO, 87102, TELEPHONE NUMBER (505) 348-2648, 346-2733, OR (800) 758-7057, UPON RECEIPT OF THE ENCLOSED SUMMONS TO APPEAR IN THE UNITED STATES DISTRICT COURT.*

*If you intend to hire an attorney, promptly advise the Pretrial Services Office, instruct your attorney to file an Entry of Appearance with the Clerk of the U.S. District Court, 333 Lomas Blvd. NW, Albuquerque, New Mexico, 87102, and have your attorney appear with you as scheduled on the summons.*

*If you are unable to afford an attorney, advise Pretrial Services at the time of your telephone contact.   The Court will determine from the information provided to Pretrial Services whether you are entitled to Court appointed counsel.   If you qualify for appointed counsel, the appointed counsel will be instructed to contact you as soon as possible prior to your scheduled appearance.    At the conclusion of your hearing, you must report to the offices of Pre-Trial Services and the U.S. Marshal for processing.*

*Sincerely,*

*MATTHEW J. DYKMAN, CLERK*

**Attachments**
*MJD/emr*