**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

DAVID PARRISH,                                        No. 18-cr-02425-MV


     Defendant.

**ENTRY OF APPEARANCE**

     The undersigned attorney hereby files his entry of appearance as counsel of record on behalf of Defendant, **DAVID PARRISH,** in connection with the above styled cause of action, and respectfully requests that a copy of all notices, pleadings and documents filed in this case be sent to the undersigned attorney at the address below.

     Electronically Filed,

     CROWLEY & GRIBBLE, P.C.

     /s/ Joseph J. Gribble, Attorney at Law
     Joseph J. Gribble, ESQ.
     Counsel for Defendant
     4811 Hardware Dr. NE, Bld. D, Suite 5
     Albuquerque, NM 87109
     (505) 314-1450

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on the 1ST day of August, 2018, I filed the foregoing motion electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

     Paul Mysliwiec, Assistant United States Attorney

                       /s/
                       Joseph J. Gribble